467 F. 2d 1359

COSMOS SHIPPING COMPANY, INC. *v.* UNITED STATES (No. 5495, C.A.D. 1072)

---

[3] As pointed out at oral hearing by the Government and substantiated by the record, the importer through its customs broker sought and was granted extensions of time to file the "requested Certificate of Use."

United States Court of Customs and Patent Appeals, November 2, 1972

*Gurson L. Schweller*, attorney of record, for appellant.
*Harlington Wood, Jr.*, Assistant Attorney General, *Andrew P. Vance*, Chief, Customs Section, *James Caffentzis* for the United States.

[Oral argument October 4, 1972 by Mr. Schweller and Mr. Caffentzis].

Before MARKEY, *Chief Judge*, RICH, ALMOND, BALDWIN, and LANE, *Associate Judges*

PER CURIAM.

This is an appeal from the decision and judgment of the United States Customs Court, Third Division, 67 Cust. Ct. 281, C.D. 4285 (1971), overruling appellant's protest against the classification of the imported tubes of toothpaste as cosmetics and other toilet preparations, not containing alcohol, under TSUS item 461.40 rather than as duty-free samples, valued not over $1 each, to be used in the United States only for soliciting orders for products of foreign countries under TSUS item 860.30.

Finding no reversible error below, we *affirm* the judgment of the Customs Court.